JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATES,<br><br>　　　　Respondent. | Case No. CV 12-7881-DOC (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Motion for Leave to Amend the Petition is denied and this action is dismissed with prejudice.

Dated:　　01/19/2016

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE